928

No. 96–100.  FUTERNICK, DBA HOLIDAY WEST MOBILE HOME PARK ET AL. *v.* CATERINO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–102.  BRADSHAW *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–123.  UNITED STATES *v.* NORTHROP CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–135.  KEVORKIAN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 96–156.  ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* MONTCALM PUBLISHING CORP.  C. A. 4th Cir.  Certiorari denied.

No. 96–193.  MYERS *v.* BURNS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–194.  ROBOSERVE, INC. *v.* KATO KAGAKU CO., LTD.  C. A. 7th Cir.  Certiorari denied.

No. 96–195.  DILLARD DEPARTMENT STORES, INC. *v.* HAROLD'S STORES, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–197.  REHMAN *v.* GARWOOD, MCKENNA, MCKENNA & WOLF ET AL.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 96–202.  URICHICH *v.* CITY OF YOUNGSTOWN ET AL.  Ct. App. Ohio, Mahoning County.  Certiorari denied.

No. 96–204.  KOVEN ET AL. *v.* PACIFIC-MAJOR CONSTRUCTION CO. ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–205.  TORO *v.* DEPOSITORY TRUST CO. ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 96–209.  KELLY FOODS CORP. ET AL. *v.* WINDMILL CORP., DBA MARTHA WHITE FOODS.  C. A. 6th Cir.  Certiorari denied.